**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** _II_     **Investigating Agency** _ATF_

**City** _Quincy_     **Related Case Information:**

**County** _Norfolk_

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _23-MJ-7352-JCB_
Search Warrant Case Number _see attached list_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: _Caesar Ross_     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) _Quincy, MA_

Birth date (Yr only): _1989_   SSN (last4#): _8749_   Sex _Male_   Race: _____   Nationality: _____

**Defense Counsel if known:** _____     Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** _Elianna J. Nuzum_     Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date** _09/05/2023_

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at _09/05/2023_   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _09/06/2023_     Signature of AUSA: _Elianna J. Nuzum_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Caesar Ross

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in possession of firearms | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution and possession with intent to distribute controlled substances (fentanyl) | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Prior search warrants related to case 23-MJ-7352-JCB**

22-7217-JCB (sealed)
22-7218-JCB (sealed)
23-7229-JCB (sealed)
23-7351-JCB (sealed)
23-5330-JGD (sealed)